IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cr. No. 03-20400-BV |
| LOGAN YOUNG, | ) ) ) |
| Defendant. | ) ) |

## ORDER RELEASING DEFENDANT PENDING APPEAL

This cause came to be heard on Monday, June 13, 2005, following Defendant filing his "Motion for Release Pending Appeal" in open court.

**IT APPEARING TO THE COURT,** by clear and convincing evidence that Defendant, Logan Young is not likely to flee or pose a danger to the safety of any other person or the community if released pending appeal.

**IT FURTHER APPEARING TO THE COURT,** that Defendant, Logan Young's appeal is not for the purpose of delay; and raises a substantial question of law that, if successful, will likely result in a reversal or a sentence that does not include a term of imprisonment.

**IT FURTHER APPEARING TO THE COURT,** that Defendant meets all requirements for release pending appeal as established in 18 U.S.C. §3143(b); and his motion should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED,** that in accordance with 18 U.S.C. §3143(b), Defendant, Logan Young, shall be released pending appeal.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-28-05

**IT IS FURTHER ORDERED** that Defendant Logan Young shall, while on appeal, remain subject to the same conditions of pre-trial release, to which he has been subjected during the pendency of his case.

**IT IS SO ORDERED,** this 24th day of June, 2005.

J. DANIEL BREEN
United States District Judge

F:\CLIENTS\Young, Logan C.B., Jr. (01069)\NCAA Investigation - University of Alabama (30805)\Pleadings\Order Releasing Defendant Pending Appeal.doc



# Notice of Distribution

This notice confirms a copy of the document docketed as number 203 in case 2:03-CR-20400 was distributed by fax, mail, or direct printing on June 28, 2005 to the parties listed.

---

Lori Hackleman Patterson
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

John W. Pierotti
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

James F. Neal
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Keltie Hays
NEAL & HARWELL, PLC
150 Fourth Ave., N.
Ste. 2000
Nashville, TN 37219

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Allan J. Wade
BAKER DONELSON BEARMAN & CALDWELL
2000 First Tennessee Bldg.
Memphis, TN 38103

Robert L. Hutton
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT